UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| LEAH SALMON,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security<br><br>    Defendant. | 3:06-CV-0398-ECR-RAM<br><br>MINUTES OF THE COURT<br><br>DATE: OCTOBER 24, 2007 |

PRESENT:     EDWARD C. REED, JR.      U. S. DISTRICT JUDGE

Deputy Clerk: COLLEEN LARSEN     Reporter: NONE APPEARING

Counsel for Plaintiff(s)     NONE APPEARING

Counsel for Defendant(s)     NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On September 26, 2007, the Magistrate Judge filed a Report and Recommendation (#12). No objections have been timely filed according to the Rules of the Court. The Report and Recommendation (#12) appears to be well taken.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation (#12) is **APPROVED** and **ADOPTED**.

    **IT IS FURTHER ORDERED** that the decision of the Administrative Law Judge is **REVERSED** and the matter is remanded to the Social Security Administration Office for immediate payment of benefits.

    The Clerk shall enter judgment accordingly.

LANCE S. WILSON, CLERK

By     /s/
Deputy Clerk